SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>            Plaintiff,<br><br>      vs.<br><br>Harry Singh Shergill, et al<br><br>            Defendants | Case No. **2:12-cv-00145-WBS-EFB**<br><br>**ORDER RE: STIPULATION FOR CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL** |

     IT IS HEREBY ORDERED THAT the Pretrial Conference date is continued to **April 29, 2013 at 2:00 p.m.**  The Jury Trial date is continued to **June 25, 2013 at 9:00 a.m.**

Date:  January 9, 2013

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER STIPULATION FOR CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL

CIV: S-12-cv-00145-WBS-EFB - 1