1  SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
FAX (916) 481-4224
4  E-MAIL  scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

6

7

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11

12

13  Scott N. Johnson

14          Plaintiff,

15      vs.

16  Harry Singh Shergill, et al

17          Defendants

18

) Case No. **2:12-cv-00145-WBS-EFB**
)
) **ORDER RE: STIPULATION FOR**
) **CONTINUANCE OF PRETRIAL**
) **CONFERENCE AND TRIAL**
)
)
)
)
)
)
)

19

20      IT IS HEREBY ORDERED THAT the Pretrial Conference date

21  is continued to **April 29, 2013 at 2:00 p.m.**  The Jury Trial

22  date is continued to **June 25, 2013 at 9:00 a.m.**

23

24  Date: January 9, 2013

25

26  WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

27

28

    PROPOSED ORDER STIPULATION FOR CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL

    CIV: S-12-cv-00145-WBS-EFB - 1