```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>         Plaintiff,<br><br>    vs.<br><br>Harry Singh Shergill, et al,<br><br>         Defendants | Case No. **2:12-cv-00145-WBS-EFB**<br><br>**ORDER RE: STIPULATION FOR EARLY SETTLEMENT CONFERENCE** |

   IT IS HEREBY ORDERED THAT a settlement conference is set for **April 4, 2013 at 10:00 a.m.** before Magistrate Judge Edmund F. Brennan, Courtroom 8, 13th Floor.  The parties are directed to submit confidential settlement conference statements to chambers seven (7) days prior to the settlement conference.  Such statements are neither to be filed with the clerk nor served on opposing counsel.  However, each party shall e-file a one page document

PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-12-cv-00145-WBS-EFB - 1

entitled Notice of Submission of Confidential Settlement Conference Statement. The parties may agree, or not, to serve each other with the settlement statements.  Each party is reminded of the requirement that it be represented in person at the settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the settlement conference on any terms.  See Local Rule 270.

Date:  February 21, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE