1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SCOTT N. JOHNSON,

11             Plaintiff,                 No. 2:12-cv-0145-WBS-EFB

12        vs.

13   HARRY SINGH SHERGILL, et al.,        ORDER RE SETTLEMENT & DISPOSITION

14             Defendants.
     _____/

15
16        Pursuant to the representations of counsel/plaintiff, the court has determined that the

17   above-captioned case has settled.  The court now orders that dispositional documents are to be

     filed not later than thirty (30) days from the date of this order.
18
19        All hearing dates set in this matter, including the Settlement Conference currently set for

20   April 4, 2013, are **VACATED.**

21        <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

22   IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

23   CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

24        IT IS SO ORDERED.

25   DATED:  April 2, 2013.
                                          _____
26                                        EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE