SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **2:12-cv-00145-WBS-EFB** |
| Plaintiff, | **ORDER RE: SECOND REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |
| vs. | |
| Harry Singh Shergill, et al | |
| Defendants | |

IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than July 1, 2013.

Date: June 14, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE: SECOND REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS

CIV: S-12-cv-00145-WBS-EFB - 1