SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson

        Plaintiff,

    vs.

Harry Singh Shergill, et al

        Defendants

_____

)  Case No. **2:12-cv-00145-WBS-EFB**
)
)  **ORDER RE: SECOND REQUEST FOR**
)  **EXTENSION OF TIME TO FILE**
)  **DISPOSITIONAL DOCUMENTS**
)
)
)
)
)
)
)

    IT IS HEREBY ORDERED THAT the parties shall file
dispositional documents no later than July 1, 2013.

Date: June 14, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE: SECOND REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL

DOCUMENTS

CIV: S-12-cv-00145-WBS-EFB - 1