SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Harry Singh Shergill, et al<br><br>　　　　Defendants | Case No. **2:12-cv-00145-WBS-EFB**<br><br>**ORDER RE: THIRD REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

　　　IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than August 1, 2013.  The Pretrial Conference date of July 8, 2013 and the trial date of July 23, 2013 are hereby vacated.  **A Status Conference is set for August 19, 2013 at 2:00 p.m.** if the disposition documents have not been received.

//
//

PROPOSED ORDER RE: THIRD REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL

DOCUMENTS

CIV: S-12-cv-00145-WBS-EFB - 1

```
Dated:  July 3, 2013
```

*[Signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE: THIRD REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL
DOCUMENTS

CIV: S-12-cv-00145-WBS-EFB - 2