SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    vs.<br><br>Harry Singh Shergill, et al,<br><br><br>        Defendants | Case No. **2:12-cv-00145-WBS-EFB**<br><br>**ORDER RE: STIPULATED DISMISSAL WITHOUT PREJUDICE** |

   IT IS HEREBY ORDERED THAT this action be and is hereby dismissed Without Prejudice pursuant to FRCP 41 (a)(1).

Dated:  August 15, 2013

*/s/ William B. Shubb/*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-12-cv-00145-WBS-EFB- 1